IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PETER J. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:22-CV-669-WKW |
| | ) [WO] |
| RETIREMENT SYSTEMS OF | ) |
| ALABAMA and DONALD TERRY | ) |
| AND ASSOCIATES, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge (Doc. # 8) to which Plaintiff has filed an Objection (Doc. # 9). Based upon a *de novo* review of the record, 28 U.S.C. § 636(b), the court finds that the Objection lacks merit. Accordingly, it is ORDERED as follows:

(1)  Plaintiff's Objection (Doc. # 9) is OVERRULED.

(2)  The Recommendation (Doc. # 8) is ADOPTED.

(3)  This action is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE this 31st day of May, 2023.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE